United States District Court<br>For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| K & C INVESTMENTS, INC., | No. C 11-03776 CRB |
| Plaintiff, | **ORDER TO SHOW CAUSE** |
| v. | |
| WELLS FARGO BANK, and DOES 1 through 100, inclusive, | |
| Defendants. | |

Plaintiff filed this action in state court in June 2011. <u>See</u> dkt. 1 Ex. A. It was removed to this Court on August 1, 2011, <u>see</u> dkt. 1, and Defendants moved to dismiss on August 8, 2011, <u>see</u> dkt. 7. Per Northern District Local Rule 7-3(a), Plaintiff's opposition brief was due on August 22, 2011. As of this date, Plaintiff has not yet filed an opposition brief. Accordingly, Plaintiff is ORDERED to show cause why her case should not be dismissed for failure to prosecute under Federal Rule of Civil Procedure 41(b). Plaintiff shall file her response to this Order, along with any materials she would like the Court to consider in ruling on Defendants' motion, by <u>Wednesday. September 7, 2011 at 4:00 p.m.</u> Failure to respond to this Order could result in the dismissal of Plaintiff's case.

**IT IS SO ORDERED.**

Dated: September 2, 2011

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2011\3776\OSC.wpd